**Oladayo OLADOKUN, Petitioner— Appellant,**

v.

**UNITED STATES of America, Respondent—Appellee.**

No. 04–7983.

United States Court of Appeals, Fourth Circuit.

Submitted April 28, 2005.

Decided May 5, 2005.

Oladayo Oladokun, Appellant pro se. Thomas Michael DiBiagio, United States Attorney, Barbara Slaymaker Sale, Assistant United States Attorney, Baltimore, Maryland; Jane Frances Nathan, Office of the United States Attorney, Greenbelt, Maryland, for Appellee.

Before WILLIAMS, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Oladayo Oladokun seeks to appeal the district court's order denying his petition for writ of error coram nobis. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Oladokun v. United States*, No. CA–04–1399–AW (D. Md. filed Nov. 18, 2004 & entered Nov. 19, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*